**Nicholas Umfleet, appellant, v. Thomas Seed, appellee.**

Action for personal injuries received when plaintiff was struck by an automobile driven by defendant. Judgment for defendant. Appeal from the Circuit Court of Lawrence county; the Hon. J. C. Eagleton, Judge, presiding. Heard in this court at the October term, 1921. Affirmed. Opinion filed March 24, 1922.

Sumner & Lewis, for appellant. Philip W. Barnes and George W. Lackey, for appellee.

Mr. Justice Boggs delivered the opinion of the court.

---

**Edward Gilmore, appellee, v. Carl Winkler, appellant.**

Action for personal injuries from assault and battery. Judgment for plaintiff. Appeal from the Circuit Court of Effingham county; the Hon. Thomas E. Ford, Judge, presiding. Heard in this court at the October term, 1921. Reversed and remanded. Opinion filed March 24, 1922.

Harry S. Parker, George H. Bauer, Edward C. Craig, Donald B. Craig and Fred H. Kelly, for appellant. Jacob Zimmerman and Byron Piper, for appellee.

Mr. Justice Boggs delivered the opinion of the court.

---

**William H. Barnes, appellee, v. New York Life Insurance Company, appellant.**

Action for money due for services as agent of defendant. Judgment for plaintiff. Appeal from the City Court of East St. Louis; the Hon. M. Millard, Judge, presiding. Heard in this court at the October term, 1921. Reversed with finding of facts. Opinion filed March 24, 1922.

Dan McGlynn and Jones, Hocker, Sullivan & Angert, for appellant. Beasley & Zulley, for appellee.

Mr. Justice Boggs delivered the opinion of the court.

---

**K. Ovian, appellee, v. Vahn Mezirian, appellant.**

Action for reimbursement on an uncollectible account turned over to plaintiff on his purchase of the interest of defendant as his partner. Judgment for plaintiff. Appeal from the Circuit Court of St. Clair county; the Hon. George A. Crow, Judge, presiding. Heard in this court at the October term, 1921. Reversed with finding of fact. Opinion filed March 24, 1922.

A. A. Hunt and Clyde D. Miller, for appellant. Joseph B. McGlynn, for appellee.

Mr. Justice Boggs delivered the opinion of the court.

---

**Frances E. Fritz, appellee, v. William J. Lemp, Jr. and Edwin A. Lemp, appellants.**

Bill to declare and enforce a lien on property to satisfy a judgment against dramshop keepers. Decree for plaintiff. Appeal from the City Court of DuQuoin; the Hon. Benjamin W. Pope, Judge, presiding. Heard in this court at the October term, 1921. Appeal dismissed. Opinion filed March 24, 1922.

Nelson B. Layman, for appellants; Jesse McDonald, of counsel. M. C. Cook, for appellee.

Mr. Justice Boggs delivered the opinion of the court.